

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00515-CV

**IN THE INTEREST OF H.D.J.A.**, a Child

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2023PA00632
Honorable Raul Perales, Associate Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE WATKINS, AND JUSTICE RODRIGUEZ

In accordance with this court's memorandum opinion of this date, the trial court's order terminating appellant's parental rights to the child H.D.J.A. is AFFIRMED. No costs of appeal are taxed against appellant. *See* TEX. R. APP. P. 20.1; TEX. R. CIV. P. 145.

SIGNED December 23, 2024.

_____
Liza A. Rodriguez, Justice